## 30475. WATSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 2, 1976.

J. C. Watson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30497. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1976.

*Thomas M. West, N. David Buffington,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 30503. ROUGHT v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1976.

Walter J. Rought, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.